AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P. O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Eastern District of Louisiana___ on the following

☒ Trademarks or ☐ Patents.   ( ☐ the patent action involves 35 U.S.C § 292.):

| DOCKET NO.<br>13-6235 B (3) | DATE FILED<br>10/23/2013 | U.S. DISTRICT COURT<br>Eastern District of Louisiana, 500 POYDRAS St., Rm C-151, New Orleans, LA |
|---|---|---|
| PLAINTIFF<br>Who Dat?, Inc. | | DEFENDANT<br>Kishore V. Motwani, et al |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | see attached page |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| ORDER DISMISSING CASE. Signed by Judge Ivan L.R. Lemelle. |

| CLERK<br>WILLIAM W. BLEVINS | (BY) DEPUTY CLERK<br>s/Isidore Grisoli | DATE<br>May 28, 2014 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1- 4,385,857 | | Who Dat?, Inc. |
| 2- 4,310,960 | | Who Dat?, Inc. |
| 3- 2,890,070 | | Who Dat?, Inc.. |
| 4- 4,402,283 | | Who Dat?, Inc. |
| 5- 4,051,289 | | Who Dat?, Inc. |
| 6- 4,339,102 | | Who Dat?, Inc. |